```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA




RICHARD POTTS, ET AL            :

                                :
        VS                      :   CIVIL ACTION
                                :
MIDLAND CREDIT                  :   10-7502
MANAGEMENT, INC.,               :
```

### O R D E R

**AND NOW,** this 11TH day of APRIL, 2011, it appearing to this Court that service of the Complaint was made on January 14, 2011 and plaintiff having been notified to file for default and default judgment by March 17, 2011 or this matter shall be dismissed for lack of prosecution and still hearing no response from the plaintiff,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed without prejudice for lack of prosecution.


                              **BY THE COURT:**


                              S/J. CURTIS JOYNER
                              **J. CURTIS JOYNER         J.**